PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Frank Rodriguez                                         Docket No. 1:22-cr-00002-LY-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Edwin Kidd, pretrial services/probation officer, presenting an official report upon the conduct of defendant Frank Rodriguez, who was placed under pretrial release supervision by the Honorable Susan Hightower, U.S. Magistrate Judge, sitting in the court at Austin, Texas on the 07 date of January, 2022 under the following conditions:

> See Appearance Bond and Conditions of Release dated January 07, 2022.
>
> Condition #7(f): No Foreign travel. May travel to San Antonio for family visitation. Otherwise, no travel outside Blanco, Travis, Hays, Burnet and Williamson unless authorized by U.S Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On August 1, 2022 the defendant requested permission from Pretrial Services to move to 453 Club Dr., San Antonio, Texas 78201 on August 20, 2022. The defendant requested this move for medical reasons. The defendant's daughter, Santiago Rodriguez is actively employed as a nurse and will provide care for him while battling stage 4 cancer.
>
> On August 17, 2022, Assistant U.S. Attorney, Gabriel Cohen was contacted and related no objection to this condition being modified.
>
> The defendant is scheduled to appear at sentencing on November 4, 2022 before the Honorable Lee Yeakel, U.S. District Court Judge.

PRAYING THAT THE COURT WILL ORDER the conditions of release to be modified to allow the defendant to reside in San Antonio, Texas.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 08/18/2022

**Edwin J Kidd**
Digitally signed by Edwin J Kidd
Date: 2022.08.18 07:55:27 -05'00'

U.S. Pretrial Services Officer    Phone Number  +1 (512) 969-1580

*Amanda R. Cisneros*

Supervisory U.S. Pretrial Services Officer    Phone Number  +1 (210) 818-7861

Place  U.S. Pretrial Services
501 W. 5th Street, Suite 3200
Austin, Texas 78701

### ORDER OF COURT

Considered and ordered this 18th day of August, 2022 and ordered filed and made a part of the records in the above case.

U.S. District Judge/Magistrate Judge